IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TASHEEM ALADEAN, | : |
| | : CIVIL ACTION |
| Plaintiff | : |
| | : |
| v. | : NO. 14-6490 |
| | : |
| LIBERTY REAL ESTATE ASSOCIATES LLC, | : |
| | : |
| Defendant | : |

## ORDER

AND NOW, this 5th day of January, 2016, upon consideration of Plaintiff Tasheem Aladean's "Amended Motion for Attorneys' Fees and Costs" together with its "Brief in Support of Amended Motion for Attorney Fees and Costs" and affidavits (Doc. 31) and "Reply of Defendant Liberty Real Estate Associates, LLC to Plaintiff's Motion for Attorneys' Fees and Costs" (Doc. 32), and for the reasons set out in the Memorandum Opinion accompanying this Order, Aladean's Amended Motion is granted in part and denied in part. Accordingly, Aladean is awarded:

1. Attorney fees in the amount of $14,200; and
2. Costs incurred in the amount of $2,139.80.

It is so **ORDERED**.

BY THE COURT:

s/ David R. Strawbridge
DAVID R. STRAWBRIDGE
UNITED STATES MAGISTRATE JUDGE